**91–1498.** State v. Dever. *Hamilton County,* No. C–880712. Reported at 64 Ohio St.3d 401, 596 N.E.2d 436. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**91–1938.** State v. Hughes. *Marion County,* No. 9–90–68. Reported at 62 Ohio St.3d 1481, 581 N.E.2d 1388, and 62 Ohio St.3d 1504, 583 N.E.2d 974. On motion for rehearing. Rehearing granted and motion for leave to appeal allowed.

**92–142.** State v. Bernard. *Cuyahoga County,* No. 59452. Reported at 64 Ohio St.3d 1444, 596 N.E.2d 474. On motion for rehearing. Rehearing denied.

**92–486.** Nelson v. Forman. *Cuyahoga County,* No. 60169. Reported at 64 Ohio St.3d 1444, 596 N.E.2d 474. On motion for rehearing. Rehearing denied.

**92–547.** State ex rel. Moss v. Ohio Adult Parole Auth. In Mandamus. Reported at 64 Ohio St.3d 1437, 596 N.E.2d 468. On motion for rehearing. Rehearing denied.

**92–806.** State ex rel. Fears v. Morris. In Habeas Corpus. Reported at 64 Ohio St.3d 1427, 594 N.E.2d 969. On motion for rehearing. Rehearing denied.

**92–827.** State v. Clark. *Portage County,* No. 91–P–2331. Reported at 64 Ohio St.3d 1438, 596 N.E.2d 469. On motion for rehearing. Rehearing denied.

**92–952.** Savoie v. Grange Mut. Cas. Co. *Holmes County,* No. CA–450. Reported at 64 Ohio St.3d 1444, 596 N.E.2d 473. On motion for rehearing. Rehearing granted and motion to certify record allowed.

WRIGHT and H. BROWN, JJ., dissent.

**92–1159.** State ex rel. Svette v. Eighth Dist. Court of Appeals. In Mandamus. Reported at 64 Ohio St.3d 1438, 596 N.E.2d 469. On motion for rehearing. Rehearing denied.

**92–1237.** State v. Huey. *Cuyahoga County,* No. 57547. Reported at 64 Ohio St.3d 1441, 596 N.E.2d 471. On motion for rehearing. Rehearing denied.

RESNICK, J., dissents.

## DISCIPLINARY DOCKET

**90–1705.** Columbus Bar Assn. v. Nichols. On response to show cause order. Respondent Leroy Alvin Nichols is in contempt unless he pays his costs in full on or before February 1, 1993.

MOYER, C.J., would hold respondent in contempt.

HOLMES, J., would order respondent to show cause.

**91–2003.** Northwest Ohio Bar Assn. v. Noble. On request to extend time to pay costs. Request granted.

MOYER, C.J., dissents.

WRIGHT, J., would hold respondent John D. Noble in contempt.